UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEVERLEY RIDLEY-GARDNER,<br><br>Plaintiff,<br><br>vs.<br><br>SPOKANE COUNTY and CATHY L. MALZAHN,<br><br>Defendants. | NO. CV-09-210-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER FOR DISMISSAL WITH PREJUDICE FOR DEFENDANT CATHY L. MALZAHN** |

Before the Court is the parties' Stipulated Motion for Order For Dismissal with Prejudice for Defendant Cathy L. Malzahn (Ct. Rec. 27). The parties ask that Defendant Cathy Malzahn be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order for Dismissal with Prejudice for Defendant Cathy L. Malzahn (Ct. Rec. 27) is **GRANTED**.

2. The claims asserted against Defendant Cathy L. Malzahn are **dismissed** with prejudice and without costs.

///
///
///
///

**ORDER GRANTING STIPULATED MOTION FOR ORDER FOR DISMISSAL WITH PREJUDICE FOR DEFENDANT CATHY L. MALZAHN ~ 1**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel.

**DATED** this 13th day of December, 2010.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Ridley-Gardner\dismiss.wpd

**ORDER GRANTING STIPULATED MOTION FOR ORDER FOR DISMISSAL WITH PREJUDICE FOR DEFENDANT CATHY L. MALZAHN ~ 2**