UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BEVERLEY RIDLEY-GARDNER,

Plaintiff,

vs.

SPOKANE COUNTY,

Defendants.

NO. CV-09-210-RHW

**ORDER GRANTING STIPULATED MOTION FOR ORDER FOR DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Stipulated Motion for Order For Dismissal with Prejudice (Ct. Rec. 73). The parties stipulate that all claims and causes of action of Plaintiff have been resolved and ask that an order of dismissal with prejudice and without costs be entered in the above-captioned case.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order for Dismissal with Prejudice (Ct. Rec. 73) is **GRANTED**.

///
///
///
///
///
///

**ORDER GRANTING STIPULATED MOTION FOR ORDER FOR DISMISSAL WITH PREJUDICE ~ 1**

2.   All claims and causes of action of Plaintiff are **dismissed** with prejudice and without costs.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and **close the file**.

**DATED** this 8th day of March, 2011.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Ridley-Gardner\dismiss2.wpd

**ORDER GRANTING STIPULATED MOTION FOR ORDER FOR DISMISSAL WITH PREJUDICE ~ 2**